Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  service@moorelawfirm.com

Attorney for Plaintiff
Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>  Plaintiff,<br><br> vs.<br><br>RAFAEL DELACRUZ, et al.,<br><br>  Defendants. | No.  1:16-cv-00358-DAD-SAB<br><br>**STIPULATION FOR FURTHER EXTENSION OF TIME FOR RESPONSIVE PLEADINGS AND CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE;  ORDER** |

WHEREAS, a Mandatory Scheduling Conference in this action is currently set for May 31, 2016, pursuant to the Court's Order dated March 15, 2016 (Dkt. 3-1);

WHEREAS, Plaintiff, Jose Trujillo ("Plaintiff"), and Defendants, Rafael Delacruz, Andrea Delacruz, Balwant Singh Dhaliwal dba Carniceria Zapatlan, and Baljinder Kaur Dhaliwal dba Carniceria Zapatlan ("Defendants," and together with Plaintiff, "the Parties") previously stipulated to an extension of time for Defendants' responsive pleadings such that the responsive pleadings were due on May 11, 2016;

WHEREAS, the Parties are engaging in settlement discussions and wish to exhaust such efforts before incurring the fees and costs associated with responsive pleadings and the Scheduling Conference, and to conserve Court resources;

NOW, THEREFORE, Plaintiff and Defendants, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for May 31, 2016 to a date at the Court's convenience after July 29, 2016, and to a further extension of time for Defendants' responsive pleadings such that they be due on July 15, 2016.

Dated: May 24, 2016     MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Jose Trujillo

Dated: May 24, 2016     */s/ Bruce A. Neilson*
Bruce A. Neilson
Attorney for Defendants,
Rafael Delacruz, Andrea Delacruz, Balwant Singh Dhaliwal dba Carniceria Zapatlan, and Baljinder Kaur Dhaliwal dba Carniceria Zapatlan

IT IS SO ORDERED.

Dated:    **May 24, 2016**

UNITED STATES MAGISTRATE JUDGE

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for May 31, 2016 is continued to August 9, 2016 at 3:30 p.m. before Magistrate Judge Stanley A. Boone. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS FURTHER ORDERED that Defendants shall file their responsive pleadings on or before July 15, 2016.