# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO, | Case No. 1:16-cv-00358-DAD-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS |
| v. | AUGUST 31, 2016 DEADLINE |
| RAFAEL DELACRUZ, et al., | |
| Defendants. | |

On August 1, 2016, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. (ECF No. 11.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. Plaintiff shall file dispositional documents by August 31, 2016.

IT IS SO ORDERED.

Dated: **August 2, 2016**

UNITED STATES MAGISTRATE JUDGE