UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>  Plaintiff,<br><br>  v.<br><br>RAFAEL DELACRUZ, et al.,<br><br>  Defendants. | No. 1:16-cv-00358-DAD-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 13) |

On August 8, 2016, plaintiff filed a notice of voluntary dismissal of the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 13.)  No responsive pleading has been filed in this action.  In light of this, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the court respectfully directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   **August 9, 2016**

UNITED STATES DISTRICT JUDGE

1